Rosario J. PACI, Plaintiff-Appellee,

v.

NEW YORK CENTRAL RAILROAD
COMPANY, Defendant-Appellant.

No. 69, Docket 24484.

United States Court of Appeals
Second Circuit.

Argued Nov. 14, 1957.

Decided Dec. 2, 1957.

William L. Shumate, New York City
(Gerald E. Dwyer and Donald E. Deegan,
New York City, on the brief), for de-
fendant-appellant.

Arnold B. Elkind, of Zelenko & Elkind,
New York City, for plaintiff-appellee.

Before CLARK, Chief Judge, MOORE,
Circuit Judge, and LEIBELL, District
Judge.

PER CURIAM.

■■ Defendant appeals from a ver-
dict and judgment of $51,000 for plain-
tiff in an action under the Federal Em-
ployers' Liability Act, 45 U.S.C. §§ 51 et
seq. Its sole assignment of error is
that the trial court erred in charging the
jury that defendant's negligence could
be based on acts other than those re-
ferred to by plaintiff or his witnesses
and in refusing the defendant's requests
to charge to the same intent. During
the course of the trial Machinist Rankin,
one of defendant's witnesses, testified to
acts from which the jury could have con-
cluded that defendant was negligent and
that such negligence caused plaintiff's in-
juries. This evidence had not been put
forward by plaintiff, but was apt and
relevant to the issues before the jury.

The defendant has hit upon a singular-
ly weak and unsound contention on which
to found its hope for reversal. Here the
complaint is wisely broad, and plaintiff is
entitled to the jury's view based on all
the evidence in the case, not merely
plaintiff's own testimony. Defendant's
requests to charge are erroneous and
misleading, for they would exclude con-
sideration of Rankin's direct and vital
testimony. The court's charge covering
this point is restrained and even neces-
sary; it is not fairly represented by the
single sentence defendant wrests out of
context to emphasize. The verdict is
generous, but not improper.

Judgment affirmed.